| PROB 22 (Rev. 2/88) | DOCKET NUMBER (Transferring Court) |  |
|---|---|---|
| **TRANSFER OF JURISDICTION** | 1:98CR00060-001 | |
| | DOCKET NUMBER (Receiving Court) | |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Tyrone Hopson | SD/IN | Indianapolis |
| Blvd. | NAME OF SENTENCING JUDGE | |
| | The Honorable Sarah Evans Barker | |

FILED
MAY - 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 1/15/2007 | 1/14/2010 |

OFFENSE

18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm
18 U.S.C. § 922(g)(1) - Felon in Possession of Ammunition

08CR 375
JUDGE JOAN H. LEFKOW
MAGISTRATE JUDGE NOLAN

## PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the Southern District of Indiana

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/28/08
Date

Sarah Evans Barker
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAY - 5 2008
Date

James F. Holderman
United States District Judge